# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | No. 270 |
|---|---|---|
| | : | |
| APPOINTMENT TO THE APPELLATE COURT PROCEDURAL RULES COMMITTEE | : | APPELLATE COURT RULES DOCKET |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of May, 2017, J. Andrew Crompton, Esquire, Dauphin County, is hereby appointed as a member of the Appellate Court Procedural Rules Committee for a term of three years, commencing July 1, 2017.